# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **SYLVIA MOORE** | **CIVIL ACTION NO: 1:22-CV-04046** |
| **VERSUS** | **JUDGE DEE DRELL** |
| **STATE FARM FIRE & CASUALTY CO** | **MAGISTRATE THOMAS P. LEBLANC** |

## MOTION FOR RELEASE OF FUNDS

NOW INTO COURT through undersigned counsel comes Plaintiff, Sylvia Moore, who moves this Court to instruct that the proceeds of the settlement in the instant case exclude the law firm McClenny, Moseley & Associates as a payee, for the following reasons:

On or about March 26, 2024, the parties agreed to terms for a full and final settlement of all claims in this matter. To date, the law firm McClenny, Moseley & Associates has not made any claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case and has not filed any such notice or petition for intervention in the record of the Court.

The purpose of this motion is to allow for the processing of the settlement funds and disbursal of same to the Plaintiff subject to the determination of attorney fees, costs and expenses owed in this matter.

Plaintiff further respectfully submits that it intends to also file a Motion to Set Attorney Fees and Costs and Expenses in this matter to address any lingering or ongoing concerns about the amount fees, costs and expenses that may be owed to McClenny, Moseley Associates, or any entity or person who performed work on their behalf in connection with this matter, if any.

Accordingly, Plaintiff seeks an Order from this honorable Court, instructing that the proceeds of the settlement in the instant case NOT include the law firm McClenny, Moseley & Associates as a payee.

*Respectfully Submitted*,

**LABORDE EARLES LAW FIRM, LLC**

**/s/WESLEY K. ELMER**
**KADE R. STUTES, (Bar# 40645)**
**MARY K. CRYAR, (Bar# 24062)**
**WESLEY K. ELMER, (Bar# 23724)**
1901 Kaliste Saloom Road
Lafayette, Louisiana 70508
Phone: (337) 261-2617
Fax (337) 261-1934
wesley@onmyside.com
*Attorneys for Sylvia Moore*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all known counsel of record by U.S. Mail, postage prepaid and properly addressed and/or electronic service via the United States District Court on this 5th day of April 2024.

*/s/*WESLEY K. ELMER
WESLEY K. ELMER

2