RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 22 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SYLVIA MOORE | CIVIL ACTION NO: 3:22-CV-4046 |
| VERSUS | JUDGE DEE DRELL |
| STATE FARM FIRE & CASUALTY CO | MAGISTRATE THOMAS P. LEBLANC |

## ORDER

Considering the foregoing Motion for Release of Funds;

IT IS ORDERED the proceeds of the settlement in the instant case NOT include the law firm McClenny, Moseley & Associates as a payee.

IT IS FURTHER OREDER that Plaintiff file a Motion to Set Attorney Fees and Costs and Expenses in this matter to address any lingering or ongoing concerns about the amount fees, costs and expenses that may be owed to McClenny, Moseley Associates, or any entity or person who performed work on their behalf in connection with this matter, if any.

THUS DONE AND SIGNED this 22nd day of April, 2024, at Alexandria, Louisiana,

**DISTRICT COURT JUDGE**